RECEIVED
SDNY PRO SE OFFICE
2023 MAY 15 PM 4:06

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Julian James

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

(44th prec.) A/O ID#                                    (Arrest #)
**NYPD** · 963608 · (44th precinct) (322609705) Declined prosecution
44th prec. A/O 900544 · (B20621337) - Dismissed
              (Arrest #)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

I.   **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights    8th AMENDMENT

☐ Other: _____

II.   **PLAINTIFF INFORMATION**

Each plaintiff must provide the following information. Attach additional pages if necessary.

Julian                                            Jones
First Name        Middle Initial                  Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

22B5018
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Clinton Correctional facility
Current Place of Detention

1156 RTE 374  P.O. Box 2001
Institutional Address

Dannemora                    NY            12929-2001
County, City                 State         Zip Code

III.   **PRISONER STATUS**

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: **44Th precinct (NYPD OFFICIAL)  900544**
First Name       Last Name       Shield #

**Officer serving duties @ 44Th precint**
Current Job Title (or other identifying information)

**?? EAST 168Th street**
Current Work Address

**BRONX       NY       10452**
County, City       State       Zip Code

Defendant 2:
First Name       Last Name       Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City       State       Zip Code

Defendant 3:
First Name       Last Name       Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City       State       Zip Code

Defendant 4:
First Name       Last Name       Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City       State       Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: EAST 167TH street

Date(s) of occurrence: August 18th, 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I, Julian James, was falsely accused of (and arrested) Crim. Sale Controlled Substance: pl. 220.44, 220.39, 220.03, 221.05, and, lost my social security benefits because I was due for recertification of such benefits. Also, let the record reflect, upon arresting me for aforementioned charges, Arresting Officer ID Number # 900544 stated: "Aren't you the "boy" who sued us before cause of one of "Paulie's" (Lt. Kelly of the 44th Precinct ID NO# 963608) antics? Well, you won't beat this one, haha." The only thing I actually was guilty of was changing a twenty dollar bill for someone whom asked for change by the ATM and by that time I went to use the ATM I was falsely apprehended for a direct sale of cont. substance only to have the charges dismissed. The 44th precinct has a pattern of arrests against me with a vast majority being dismissed, & the violators of my constitutional rights have consistently violated my 8th amendment rights by exhibiting rogue actions of injustice, causing me mental pain, loss of income, economic stability & paternal custody.

of both of my children, as well as, becoming homeless based on my immediate familys refusal to understand these wrongful arrests, malicious prosecutions are fondated by a retalitory disposition which contradicts the purpose of protection and prevention of injustice these officers of the law are employed for.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Loss of paternal custody, PTSD, Anxiety levels of Irrationality to the point of being prescribed a plethora psyche-medications (zoloft, depakote, remron), monthly visits to mental health satellite unit (Level III), loss of home, loss of goverment benefits (SNAP/FOODSTAMPS 260 plus monthly / S.S.I 758 usd monthly) Constant fear/worry of retalitory false arrests upon release.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

High Five to Six figure reperations to fund my relocation and start to acquire a degree/trade which will employ self adequetly enough to provide a freedom based lifestyle.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_4-26-23_
Dated

_Julian James_
Plaintiff's Signature

_Julian_           _____           _James_
First Name          Middle Initial      Last Name

_Clinton Correctional facility 1156 RT. 374 P.O. Box 2001_
Prison Address

_Dannemora_                    _NY_              _12929-2000_
County, City                    State             Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:   _4-26-23_

Page 6

JULIAN JAMES MADDOX
Clinton Correctional Facility
1156 RT. 374
P.O. Box 2001
DANNEMORA, N.Y. 12929-2001

NEOPOST
05/08/2023
US POSTAGE

Clinton
Correctional Facility

RECEIVED
SDNY PRO SE OFFICE
2023 MAY 15 PM 3:43

Att'n: U.S. District Courts
Southern District of New York
500 Pearl Street
New York, New York 10007

CLINTON CORRECTIONAL FACILITY
LAW LIBRARY
LEGAL MAIL ONLY