UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

               Plaintiff,

-against-

Mark O'Connell,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/24/2023

1:23-cv-04064 (GHW) (SDA)

**ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated May 17, 2023, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (ECF No. 4.) On August 10, 2023, Plaintiff filed a Second Amended Complaint in which he names as a defendant former Detective Mark O'Connell ("O'Connell") (Shield # 5367). (ECF No. 20.) On August 24, 2023, the City of New York Law Department filed a letter indicating that Defendant O'Connell has designated the N.Y.P.D. to accept service on his behalf. (ECF No. 22.)

To allow Plaintiff to effect service on Defendant O'Connell through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") using the following address: Mark O'Connell, 1 Police Plaza, Room 110A, New York, NY 10038. The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork—including the Second Amended Complaint (ECF No. 20)—for the Marshals Service to effect service of the entire pleading upon the Defendant.

**SO ORDERED.**

Dated:     New York, New York
            August 24, 2023

_____
STEWART D. AARON
United States Magistrate Judge

**DEFENDANT AND SERVICE ADDRESS**

1. Mark O'Connell
    1 Police Plaza
    Room 110A
    New York, NY 10038