UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/12/2023
```

Julian James,

                          Plaintiff,

        -against-

Arresting Officer Id #963608, NYPD (44th
Precinct), et al.

                          Defendants.

1:23-cv-04064 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

No later than Tuesday, December 19, 2023, Defendant shall file any opposition to

Plaintiff's motion (ECF No. 24) to file a Third Amended Complaint. (ECF No. 25.)

**SO ORDERED.**

Dated:      New York, New York
            December 12, 2023

_____

STEWART D. AARON
United States Magistrate Judge