UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                     Plaintiff,

        -against-

Mark O'Connell,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/2024

1:23-cv-04064 (GHW) (SDA)

**AMENDED ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on February 13, 2024, at 11:00 a.m. EST to discuss the status of this action.

    It is hereby Ordered that the official in charge of the Clinton Correctional Facility or his/her designee produce Plaintiff, on February 13, 2024, at 11:00 a.m. EST, to a suitable location within the Clinton Correctional Facility that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendant's counsel. If the scheduled time and date presents a hardship, the official in charge or his/her designee should promptly inform Chambers by calling Chambers at (212) 805-0274.

    Defendant is directed to: (1) serve upon Plaintiff a copy of this Order; (2) contact the Clinton Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

**SO ORDERED.**

Dated:    New York, New York
         February 8, 2024

_____
STEWART D. AARON
United States Magistrate Judge

2