**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___06/14/2024___
```

Julian James,

                              Plaintiff,

              -against-

Mark O'Connell,

                              Defendant.

1:23-cv-04064 (GHW) (SDA)

ORDER SCHEDULING A
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the status letter filed by Defendant. (Def.'s 6/13/24 Ltr., ECF No. 59.) The parties are directed to appear for a telephone conference on Friday, June 28, 2024, at 12:00 p.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

No later than June 21, 2024, Defendant shall file to the ECF docket a cover letter with exhibits of the documents referenced in Defendant's 6/13/24 Letter, including: (1) Defendant's First Set of Interrogatories; (2) Plaintiff's Responses to the First Set of Interrogatories; and (3) Defendant's letter identifying Plaintiff's alleged deficiencies, if dispatched on or before the deadline provided herein. (*See* Def.'s 6/13/24 Ltr. at 1.) Defendant is further ORDERED to serve upon Plaintiff a copy of this Order and promptly file proof of service to the ECF docket.

**SO ORDERED.**

Dated:      New York, New York
              June 14, 2024

_____
STEWART D. AARON
United States Magistrate Judge