UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                Plaintiff,

-against-

Mark O'Connell,

                Defendant.

1:23-cv-04064 (GHW) (SDA)

ORDER SCHEDULING A
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held in the above-captioned case today, at which only counsel for Defendants appeared.[1] (6/28/24 Minute Entry.)

Based on the foregoing, the Court is scheduling another telephone conference to discuss the 6/13/24 Status Letter (ECF No. 59), and the relevant discovery disputes at issue. (*See* 6/14/24 Order, ECF No. 60; Def.'s 6/21/24 Ltr., ECF No. 62.) The parties are directed to appear for said telephone conference on Tuesday, July 30, 2024, at 2:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

Plaintiff is reminded that he must comply with Court Orders, deadlines, and appear for scheduled proceedings. Failure to do so may result in the imposition of sanctions, up to and including an Order that this case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

---

[1] After Plaintiff failed to join the telephone conference, the undersigned's Chambers called Plaintiff's phone number listed on the ECF docket. Plaintiff's father answered the phone and indicated that Plaintiff would be unable to join the conference because he is currently incarcerated in Franklin County, Pennsylvania, and further indicated that it was his understanding that Plaintiff would be released from custody "soon."

**SO ORDERED.**

Dated:    New York, New York
         June 28, 2024

_____
STEWART D. AARON
United States Magistrate Judge