```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                Plaintiff,

-against-

Mark O'Connell,

                Defendant.

1:23-cv-04064 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court held a telephone conference today in which the *pro se* Plaintiff participated, along with counsel for Defendant, Mr. Randy Nandlall ("Nandlall"), to discuss Defendant's outstanding discovery requests. (*See* Def.'s 6/13/24 Status Ltr., ECF No. 59; Def.'s 6/21/24 Ltr., ECF No. 62; Def.'s First Set of Interrogs. & Doc. Reqs., ECF No. 62-2.) For the reasons stated on the record, it is hereby **ORDERED** as follows:

    1.    Defendant promptly shall process any release from Plaintiff with the applicable medical provider or City of New York agency and shall be prepared to explain the efforts expended and results yielded to ascertain discoverable information at the next conference.

    2.    No later than Monday, September 23, 2024, Nandlall shall file a Notice of Appearance on the ECF docket.

    3.    No later than Monday, September 23, 2024, Defendant shall serve (and file proof of service to the ECF docket) a revised or redacted version of the Defendant's First Set of Interrogatories and Request for Production of Documents, which may only include:

      a.      Interrogatory Nos. 1-4, 8, 9 (from "identify all healthcare providers . . . past 10 years), 10 and 15-16;[1] and

      b.      Document Request Nos. 2-7, 9-15 and 21-26.[2]

4.      No later than 30 days following Plaintiff's receipt of Defendant's revised First Set of Interrogatories and Request for Production of Documents, Plaintiff shall mail his responses to the Interrogatories to Defendant's permitted interrogatories.

5.      Having been apprised by Plaintiff that he will be relocating back to New York in the next month or so:

      a.      No later than one week following his arrival in New York, Plaintiff shall mail a letter apprising the Court of his updated contact information and mailing address.

      b.      No later than 30 days following Plaintiff's arrival in New York, Plaintiff shall mail Defendant any documents responsive to Defendant's permitted document requests.

6.      Upon receipt of Plaintiff's forthcoming letter, the Court will promptly schedule another telephonic conference to discuss the status of discovery.

**SO ORDERED.**

Dated:      New York, New York
               September 19, 2024

                                       _____
                                       STEWART D. AARON
                                       United States Magistrate Judge

---

[1] Interrogatory Nos. 5-7, 9 (as modified herein), 11-14 and 17-18 shall be redacted or else omitted.

[2] Document Request Nos. 1, 8 and 16-20 shall be redacted or else omitted.