```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                Plaintiff,

-against-

Mark O'Connell,

                Defendant.

1:23-cv-04064 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

After previously issuing an Order in September requiring Plaintiff to file a letter with the Court no later than one week following his arrival in New York (9/19/24 Order, ECF No. 66), and having not received such filing from Plaintiff to date (*see generally* ECF Docket), no later than Friday, November 22, 2024, Defendant shall file a status letter apprising the Court as to whether he has received any documents or responsive information from Plaintiff, including any updated address or contact information.

**SO ORDERED.**

Dated:    New York, New York
            November 12, 2024

_____
STEWART D. AARON
United States Magistrate Judge