UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                        Plaintiff,

        -against-

Mark O'Connell,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2024

1:23-cv-04064 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the status letter filed by Defendant. (Def.'s 11/22/24 Ltr., ECF No. 70.) Upon review, the Clerk of Court is respectfully requested to update Plaintiff's address on the ECF docket as provided in the second paragraph of Defendant's status letter. (*Id.* at 1.) It is hereby ORDERED that, no later than December 16, 2024, Plaintiff shall produce to Defendant the documents that he identified during the September 19, 2024 conference, and shall provide the names of the relevant individuals referred to in the status letter.

Based on the foregoing, the Court is scheduling a telephone conference to discuss the status of discovery. The parties are directed to appear for said telephone conference on Monday, December 23, 2024, at 2:00 p.m.  The conference shall be conducted via Microsoft Teams (audio-only). At the scheduled time, the parties shall each separately call (646) 453-4442 and enter Phone Conference ID 792 933 581#.

Plaintiff is reminded that he must comply with Court Orders and appear for scheduled proceedings. Failure to do so may result in the imposition of sanctions, up to and including an Order that this case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED.**

Dated: New York, New York
November 25, 2024

_____
STEWART D. AARON
United States Magistrate Judge