UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                Plaintiff,

-against-

Mark O'Connell,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2024

1:23-cv-04064 (GHW) (SDA)

**AMENDED ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The Court is scheduling a telephone conference to discuss the status of discovery. The parties are directed to appear for said telephone conference on Monday, December 23, 2024, at **3:00 p.m.** The conference shall be conducted via Microsoft Teams (audio-only). At the scheduled time, the parties shall each separately call (646) 453-4442 and enter Phone Conference ID 792 933 581#.

    Counsel for Defendant shall call Plaintiff and apprise him of the time change of the conference.

**SO ORDERED.**

Dated:    New York, New York
           December 9, 2024

                                      _____
                                      STEWART D. AARON
                                      United States Magistrate Judge