```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                Plaintiff,

-against-

Mark O'Connell,

                Defendant.

1:23-cv-04064 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court held a telephone conference today at which the *pro se* Plaintiff participated, along with counsel for Defendant. Plaintiff is ORDERED to appear for his deposition at the New York City Law Department, Office of the Corporation Counsel, 100 Church Street, New York, NY 10007, on Wednesday, January 15, 2025, at 10:00 a.m.

At the conclusion of Plaintiff's deposition, while the parties are still present, the parties shall discuss three (3) mutually agreeable dates when the parties and counsel are available to appear for an in-person for a settlement conference at the United States Courthouse located at 500 Pearl Street, New York NY 10007. Then, counsel for Defendant shall email those three dates to the undersigned's Chambers (Aaron_NYSDChambers@nysd.uscourts.gov).

SO ORDERED.

Dated:    New York, New York
            December 23, 2024

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge