USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                Plaintiff,

-against-

Mark O'Connell.

                Defendant.

1:23-cv-04064 (GHW) (SDA)

ORDER SCHEDULING
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on Thursday, January 23, 2025, at 2:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. Defendant is directed to reach out to Plaintiff and advise him of the date, time and dial-in information for the conference. The parties also are directed to tentatively hold February 24, 2025, for a remote settlement conference at 2:00 p.m.

**SO ORDERED.**

DATED:    New York, New York
               January 16, 2025

_____
STEWART D. AARON
United States Magistrate Judge