```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                Plaintiff,

    -against-

Mark O'Connell.

                Defendant.

1:23-cv-04064 (GHW) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    A settlement conference is scheduled before Magistrate Judge Stewart D. Aaron on Monday, March 31, 2025, at 2:00 p.m. The conference shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

    The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Monday, March 24, 2025).

**SO ORDERED.**

Dated:    New York, New York
            February 20, 2025

_____
STEWART D. AARON
United States Magistrate Judge