```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                Plaintiff,

    -against-

Mark O'Connell.

                Defendant.

1:23-cv-04064 (GHW) (SDA)

ORDER SCHEDULING
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Wednesday, March 26, 2025, at 2:00 p.m. to discuss the letter motion to adjourn the settlement conference filed by Defendant on March 19, 2025. (Letter Motion, ECF No. 79.) At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. Defendant is directed to reach out to Plaintiff and advise him of the date, time and dial-in information for the conference.

    For now, the settlement conference shall remain scheduled for March 31, 2025, at 2:00 p.m., but the parties are relieved of the obligation to submit the pre-settlement conference materials set forth in the Court's February 20, 2025 Order. (Order, ECF No. 78.)

**SO ORDERED.**

DATED:    New York, New York
             March 19, 2025

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge