USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                Plaintiff,

-against-

Mark O'Connell.

                Defendant.

1:23-cv-04064 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court held a telephone conference today in which the *pro se* Plaintiff participated, along with counsel for Defendant. For the reasons stated on the record, it is hereby ORDERED as follows:

1. Upon receipt of Plaintiff's medical records from Bronx Lebanon Hospital (the "medical records"), Defendant promptly shall reach out to Plaintiff to coordinate three (3) mutually agreeable dates when all parties and counsel are available to hold the settlement conference.

2. Within five (5) business days of receipt of the medical records, Defendant shall file a letter to the ECF docket confirming receipt and setting forth the three (3) proposed settlement conference dates.

3. If the medical records are not received by May 2, 2025, Defendant shall so indicate in a letter filed to the ECF docket on that date. In the May 2 Letter, Defendant shall provide the Court an update from the hospital as to when the medical records will be received.

**SO ORDERED.**

DATED: New York, New York
March 25, 2025

_____
STEWART D. AARON
United States Magistrate Judge