```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julian James,

                Plaintiff,

-against-

Mark O'Connell.

                Defendant.

1:23-cv-04064 (GHW) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, May 14, 2025, at 10 a.m. EDT. The conference shall proceed via Microsoft Teams, which will provide an option for Plaintiff to participate by telephone if he does not have access to the internet.

    The Court will provide the Microsoft Teams information to the parties prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, May 7, 2025). Defendant is directed to call the Plaintiff and advise him of the date and time of the conference.

**SO ORDERED.**

Dated:    New York, New York
            April 11, 2025

                                                          */s/ Stewart D. Aaron*
                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge